WARREN F. JOHNSTON, INC., Appellant, *v.* KATIE W. GRENZBACH et al., Respondents.

(Argued June 10, 1929; decided July 11, 1929.)

*Martin Lippman* and *William M. Smith* for appellant.
*George W. Alger* and *Albert W. Ransom* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.